# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

KATHLEEN D. SNELLING,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C20-6076-SKV

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR REMAND

    The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). On remand, the Social Security Appeals Council shall direct the ALJ to reevaluate the medical evidence, including the opinion of Kristin Erickson, M.D.; reevaluate Plaintiff's symptom allegations; reevaluate Plaintiff's residual functional capacity; and continue with the sequential evaluation. The ALJ will seek supplemental vocational expert advice, if warranted. The ALJ will take any further action needed to complete the administrative record and issue a new decision.

    Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon proper presentation, the Court will consider Plaintiff's

Page 1    [PROPOSED] ORDER - C20-6076-SKV

application for reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) and costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

Dated this 15th day of July, 2021.

_____
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Ryan T. Lu
RYAN T. LU
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2034
Fax: (206) 615-2531
Ryan.Lu@ssa.gov